United States Bankruptcy Court
Southern District of Georgia

```
In re:                                                          Case No. 20-20206-MJK
William J. Calderwood                                           Chapter 13
Dawn L. Calderwood
       Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 113J-2           User: rfranks              Page 1 of 1           Date Rcvd: Aug 26, 2020
                               Form ID: pdf004            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
db/jdb        +William J. Calderwood,   Dawn L. Calderwood,   101 Pin Oak Court,   Kingsland, GA 31548-3389

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley Davidson Credit Corp.
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
              Andrea Lynn Betts    on behalf of Creditor    Home Point Financial Corporation abetts@rascrane.com
              Can  Guner    on behalf of Creditor    Home Point Financial Corporation cguner@rasflaw.com,
               cguner@rasflaw.com
              Chad Ralston Simon    on behalf of Creditor    Harley Davidson Credit Corp. chad@chadsimonlaw.com
              M. Elaina Massey    courtdailysummary@ch13bwk.com,  courtdailybackup@ch13bwk.com
              Office of the U. S. Trustee    Ustpregion21.sv.ecf@usdoj.gov
              Philip L. Rubin    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               arichie@lrglaw.com,  lfarrington@lrglaw.com
              R. Flay Cabiness    on behalf of Debtor William J. Calderwood rflaycabiness@bellsouth.net,
               fcabiness@comcast.net;thebankruptcygroup@jubileebk.net
              R. Flay Cabiness    on behalf of Joint Debtor Dawn L. Calderwood rflaycabiness@bellsouth.net,
               fcabiness@comcast.net;thebankruptcygroup@jubileebk.net
                                                                                             TOTAL: 8

**IT IS ORDERED as set forth below:**



Date: August 26, 2020

_____
Michele J. Kim
United States Bankruptcy Judge
Southern District of Georgia

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN RE: : CASE NO. 20-20206-MJK
: CHAPTER 13
WILLIAM J. CALDERWOOD :
DAWN L. CALDERWOOD :
DEBTOR. :

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

Harley-Davidson Credit Corp ("Movant"), having filed an Objection to Confirmation (Docket #28) to the Chapter 13 Plan of Debtors and it appearing that the parties consent to the entry of this Order to resolve the objection, it is hereby

ORDERED that the claim of Harley-Davidson Credit Corp (Claim #8-1) shall be paid in full at 5.5%.

[END OF DOCUMENT]

Consented to by:

/s/Chad R. Simon
Chad R. Simon
Georgia Bar No. 646919
Attorney for Movant
Bonial & Associates
Post Office Box 80727
Atlanta, GA 30366
(770) 858-9046

Georgia Bar No. 002689
R. Flay Cabiness
Attorney for Debtor
Bankruptcy Group, LLC
2225 Gloucester Street
Brunswick, GA 31520
912 554 3774

No Opposition by:

Georgia Bar No. 016118
Trustee
Trustee
M. Elaina Massey
P.O. Box 1717
Brunswick, GA 31521
912 466 9797

_____ William Calderwood

_____ Dawn Calderwood