IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:  

William J. Calderwood &
Dawn L. Calderwood
101 Pin Oak Court
Kingsland, GA 31548
SSN: XXX-XX-4454
XXX-XX-4448          Debtor(s)

Chapter 13
Case No.20-20206-MJK

## TRUSTEE'S MOTION TO CONFIRM AS AMENDED

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____ % of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☒ Raise payments/extend plan as follows:
  $3600/mo.

☐ Change valuation(s) as follows:

☐ Allow/Modify/Disallow claims as follows:

☐ Other:

Trustee certifies that none of the foregoing amendments require notice to parties, other than those whose consent has been given this 18th Day of August, 2020.

_____          _____
Debtor's Counsel                  Chapter 13 Trustee / Attorney

_____
Debtor

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel