# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

William J. Calderwood &
Dawn L. Calderwood
101 Pin Oak Court
Kingsland, GA  31548

Social Security No.:  XXX-XX-4454
XXX-XX-4448

Debtor(s)

Chapter 13
Case No. 20-20206-MJK

## TRUSTEE'S REPORT OF CONFIRMATION

On Tuesday, August 18, 2020 the Bankruptcy Court confirmed the above debtor(s)' plan with payments of $3,600.00 MONTHLY for a period of 60 months. The dividend to unsecured creditors will not be less than 10%. Disbursements shall be made by M. Elaina Massey, Trustee, to the following creditors:

| Claim # | Creditor Name | Claim Status | Claim Amount |
|---|---|---|---|
| ADMIN FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $0.00 |
| FILING FEE | CLERK OF U S BANKRUPTCY COURT | PRIORITY | $0.00 |
| ATTY FEE | R. FLAY CABINESS II, PC | PRIORITY | $4,500.00 |
| 0001 | AMERICAN HONDA FINANCE CORP | UNSECURED | $30,618.76 |
| 0002 | ONEMAIN FINANCIAL | UNSECURED | $9,373.95 |
| 0003 | AMERICREDIT FINANCIAL SERVICES, INC. | MOTOR VEHICLE | $21,108.75 |
| 0004 | WAYFINDER BK AS AGENT FOR PERFORMANCE FIN | MOTOR VEHICLE | $22,000.00 |
| 0005 | GEORGIA DEPARTMENT OF REVENUE | PRIORITY | $1,634.00 |
| 0006 | DISCOVER BANK | UNSECURED | $6,234.01 |
| 0007 | INTERNAL REVENUE SERVICE | PRIORITY | $10,064.00 |
| 0008 | HARLEY DAVIDSON CREDIT CORP. | MOTOR VEHICLE | $29,632.26 |
| 0011 | NISSAN MOTOR ACCEPTANCE CORP | MOTOR VEHICLE | $13,946.87 |
| 0012 | CAPITAL ONE BANK USA, NA | UNSECURED | $5,316.61 |
| 0013 | CAPITAL ONE BANK USA, NA | UNSECURED | $5,828.16 |
| 0014 | CAPITAL ONE BANK USA, NA | UNSECURED | $4,993.01 |
| 0015 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $1,647.68 |
| 0016 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $1,579.61 |
| 0018 | CITIBANK, NA | UNSECURED | $1,965.63 |
| 0019 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $4,854.19 |
| 0020 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $5,241.13 |
| 0021 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $8,750.22 |
| 0022 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $1,410.66 |
| 0023 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | UNSECURED | $1,928.34 |
| 10004 | WAYFINDER BK AS AGENT FOR PERFORMANCE FIN | UNSECURED | $2,381.13 |
| 10017 | HOME POINT FINANCIAL CORPORATION | MTG - Pre-Petition Arrears | $252.85 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Report of Confirmation have been forwarded by first class mail, postage prepaid, to the debtor(s), debtor(s)' attorney In this case and all parties listed above.

Dated this Thursday, March 11, 2021

/s / Tonya Posey

for the Office of M. Elaina Massey, Chapter 13 Trustee
Post Office Box 1717
Brunswick, Georgia 31521
(912) 466-9787                     TMP